UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

In Re:  Chapter 7
Case No. 08-43731

Ciprico, Inc.  **NOTICE OF MOTION AND
MOTION FOR FINAL COMPENSATION
OF ATTORNEY FOR TRUSTEE**

    Debtor.

---

Anthony R. Battles of the law firm of Kelly, Hannaford & Battles P. A., respectfully moves the Court for final compensation as follows:

1. The Court will hold a hearing on the within motion on Wednesday, March 3, 2010, at 10:30 A.M., or as soon thereafter as counsel may be heard in Courtroom 7W, United States Court House at 300 South Fourth Street, Minneapolis, Minnesota 55415.

2. Any response to this motion must be filed and delivered not later than February 26, 2010, which is five (5) days prior to the hearing date.

3. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. §§ 326, 330, 331, Bankruptcy Rule 2002, 2016, 9013 and 9014 and Local Rules 406, 503, and 1206. This proceeding is a core proceeding.

4. On June 8, 2009, the Court approved the employment of Anthony R. Battles and his law firm, Kelly, Hannaford & Battles, as attorneys for the Trustee. A copy of said Order is attached hereto as Exhibit A and incorporated herein.

5. Applicant requests an Order allowing final compensation for professional services rendered.

6. To the extent testimony is allowed or required, Applicant may testify as to the matters stated herein.

7. This application is for final compensation for services rendered by Applicant during the period June 9, 2009 through February 4, 2010, in connection with the termination of the Ciprico, Inc. Employee Savings Plan (the "401(k) Plan"), including handling the termination process, the distribution of 401(k) Plan assets and legal compliance issues in connection with the 401(k) Plan termination. There was also a small amount of time spent in connection with the fee application.

8. The following indicates the time spent and the reimbursement and compensation requested for these professional services:

| | | |
|---|---|---|
| Anthony R. Battles | 39.05 hours @ $295/hour | = $11,519.75 |
| Holly A. Fistler | 38 hours @ $150/hour | = 5,700.00 |
| **TOTAL** | | **$17,219.75** |

Copies of the detailed billing statements are attached hereto as Exhibit B.

9. Applicant has not previously received interim compensation for its services in this matter.

10. Applicant has reached no agreement with any party for the sharing of any fees or expenses to be paid to him in connection with this matter except members of Applicant's law firm.

11. To date, the Trustee has indicated that she anticipates that all administrative expenses will be paid in full.

WHEREFORE, Applicant prays that this application be approved and requests an Order of the Court authorizing final compensation to Kelly, Hannaford & Battles P.A., as attorneys for the Trustee, in the amount of $17,219.75.

Dated: February 9, 2010                    KELLY, HANNAFORD & BATTLES P.A.

                                                By /e/ Anthony R. Battles
                                                Anthony R. Battles, #139014
                                                900 Baker Building
                                                706 Second Avenue South
                                                Minneapolis, Minnesota 55402
                                                (612) 341-0881

                                                COUNSEL FOR CHAPTER 7 TRUSTEE

Verification. I, Anthony R. Battles, the moving party named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on February 9, 2010                    /e/ Anthony R. Battles
                                                          Anthony R. Battles

I:\DATA\Ciprico, Inc\2010-02-05 Notice of Motion and Motion - ECF.doc

*EXHIBIT A*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| | Case No. 08-43731 |
| Ciprico, Inc., | |
| Debtor. | |

## ORDER APPROVING EMPLOYMENT OF ATTORNEY

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, Section 327,

**IT IS HEREBY ORDERED** that the professional employment applied for by Anthony R. Battles at the rate set forth in the application is hereby **APPROVED** subject to the limitations on compensation provided by Title 11, United States Code, Section 328.

DATED: June 8, 2009

/e/ Nancy C. Dreher
Nancy C. Dreher
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/08/2009
Lori Vosejpka, Clerk, by KK



EXHIBIT B

**KELLY, HANNAFORD & BATTLES P.A.**
900 Baker Building
706 Second Avenue South
Minneapolis, MN 55402

Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake MN 55110

August 06, 2009

In Reference To: Ciprico bankruptcy
Invoice #22078

Professional Services

|  |  |  | Hours |
|---|---|---|---:|
| 6/9/2009 | ARB | Telephone conference with bankruptcy court clerk; review e-mail from Mary Jo Jensen Carter regarding Ciprico Plan termination; work on response to same | 1.00 |
| 6/10/2009 | ARB | Work on Plan termination checklist | 0.50 |
| 6/11/2009 | ARB | Draft action terminating Ciprico 401(k) Plan and action authoring distribution of Plan assets; draft outlining termination process | 2.40 |
| 6/29/2009 | ARB | Follow up on plan distribution and termination issues | 0.25 |
| 7/7/2009 | ARB | Work on Ciprico 401(k) Plan termination | 0.85 |
| 7/8/2009 | ARB | Review and sign distribution forms; telephone conference with Securian regarding Plan termination issues; draft letter to Securian regarding same; draft letter to Securian regarding distribution requests | 1.65 |
| 7/9/2009 | ARB | Review e-mail from Securian regarding 401(k) Plan termination; respond to same | 0.25 |
| 7/10/2009 | ARB | Telephone conference with Securian regarding Plan termination; work on Plan termination issues; review participant data for distributions | 1.15 |
| 7/13/2009 | ARB | Review Ciprico 401(k) Plan adoption certificate; analyze compliance issues and possible legally required amendments; review 2008 Form 5500, which needs to be signed and filed; review SPD; review Securian service cancellation notice; analyze legal issues regarding same | 1.75 |

|            |     |                                                                                                                                                                                                                                                                                          | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 7/20/2009  | ARB | Work on Ciprico 401(k) Plan termination issues                                                                                                                                                                                                                                           | 1.15  |
| 7/21/2009  | ARB | Telephone conference with Securian; work on Ciprico Plan termination and distribution issues; telephone conference with Securian regarding same; conference with Holly Fistler regarding same; draft notice to participants regarding applications for distributions on plan termination; review Plan document for legal compliance | 2.85  |
|            | HAF | Briefed with T Battles regarding form letters and distribution requests in regarding plan termination; call with L Tezleff at Securian regarding plan termination                                                                                                                        | 0.50  |
| 7/22/2009  | HAF | Prepared form letter and packets for participants; Briefed with J Segal and B Zurn regarding mail merge and mailing of letters                                                                                                                                                           | 1.00  |
| 7/28/2009  | ARB | Review base 401(k) Plan document in connection with Plan termination; work on distributions to participants                                                                                                                                                                              | 1.40  |
|            | HAF | Tracked and reviewed responses for plan termination distributions                                                                                                                                                                                                                        | 0.25  |
| 7/29/2009  | ARB | Work on distribution and record-keeping fee issues; telephone conferences with Mary Jo Jensen Carter and Securian regarding same; draft letters to Securian regarding same; conference with Holly Fistler                                                                                | 2.25  |
|            | HAF | Tracked and reviewed responses for plan termination distributions; assembled requests for fax transmission to Securian; briefed with T Battles regarding process; email to D McDonell to confirm receipt and acceptance of fax                                                           | 1.50  |
| 7/30/2009  | HAF | Call with P Schnellman regarding request for termination distribution questions; briefed with T Battles                                                                                                                                                                                  | 0.50  |
|            | ARB | Telephone conference with P Schnellman regarding distribution questions; review distribution list                                                                                                                                                                                        | 0.25  |
| 7/31/2009  | HAF | Tracked and reviewed responses for plan termination distributions; assembled requests for fax transmission to Securian; briefed with T Battles regarding payment of loan                                                                                                                 | 0.50  |
|            | ARB | Process Henderson 401(k) loan repayment; process distribution requests; telephone conference with Securian regarding same                                                                                                                                                                | 0.50  |

|                                 |        | Amount     |
|---------------------------------|--------|------------|
| For professional services rendered | 22.45  | $6,112.75  |

### User Summary

| Name              | Hours | Rate   | Amount    |
|-------------------|-------|--------|-----------|
| Anthony R. Battles | 18.20 | 295.00 | $5,369.00 |
| Holly A. Fistler   | 4.25  | 175.00 | $743.75   |

KELLY, HANNAFORD & BATTLES P.A.
900 Baker Building
706 Second Avenue South
Minneapolis, MN 55402

Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake MN 55110

September 01, 2009

In Reference To: Ciprico bankruptcy
Invoice #22093

Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---:|
| 8/3/2009 | HAF | Tracked and reviewed requests for plan termination distribution; briefed with B Zurn regarding procedures | 0.50 |
| 8/4/2009 | HAF | Tracked and reviewed requests for plan termination distributions; briefed with T Battles; fax to B Tetzlaff; letters to A Sorenson and V Nguyen; telephone conversations with S Briggs and S Labella | 3.25 |
| | ARB | Conference with Holly Fistler regarding distribution issues and problems; review and process distribution request forms | 1.50 |
| 8/5/2009 | HAF | Tracked and reviewed requests for plan termination distributions; briefed with T Battles | 0.25 |
| | ARB | Review distribution list; draft letter to Jensen-Carter regarding status of plan termination; process distribution requests | 0.50 |
| 8/6/2009 | HAF | Drafted email to participants regarding distribution of plan assets | 0.25 |
| 8/7/2009 | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; letter to P Nealy regarding opinion letter; briefed with T Battles | 0.50 |
| | ARB | Work on 401(k) Plan distributions and process same | 0.35 |
| 8/10/2009 | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 0.50 |
| | ARB | Follow up on Bow distribution request; process additional distribution requests | 0.50 |

|  |  |  | Hours |
|---|---|---|---:|
| 8/11/2009 | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 0.25 |
| 8/13/2009 | HAF | Tracked and reviewed requests for plan termination distributions | 0.25 |
| 8/14/2009 | ARB | Process distribution requests | 0.25 |
| 8/17/2009 | ARB | Process Ciprico distribution requests | 0.25 |
| 8/18/2009 | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 1.25 |
|  | ARB | Process Ciprico 401(k) Plan distribution requests | 0.75 |
| 8/19/2009 | HAF | Tracked and reviewed requests for plan termination distributions | 0.25 |
|  | ARB | Process Ciprico 401(k) Plan distribution requests | 0.35 |
| 8/20/2009 | HAF | Tracked and reviewed requests for plan termination distributions; briefed with T Battles | 0.50 |
|  | ARB | Telephone conferences with 401(k) Plan participants regarding distributions; telephone conference with Securian regarding same; process distribution requests | 0.50 |
| 8/21/2009 | ARB | Process Ciprico distribution requests | 0.25 |
| 8/24/2009 | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 1.50 |
|  | ARB | Process Ciprico 401(k) Plan distribution requests | 0.75 |
|  | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 1.50 |
| 8/25/2009 | ARB | Process Ciprico 401(k) distribution requests | 0.25 |
|  | HAF | Tracked and reviewed requests for plan termination distributions; telephone conversations with K Witte and G Goodman regarding questions | 0.25 |
| 8/26/2009 | ARB | Process Ciprico 401(k) Plan distribution requests | 0.25 |
|  | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles; telephone conversation with R Schwartz and Dean Dunnigan regarding questions | 0.75 |
| 8/27/2009 | HAF | Tracked and reviewed requests for plan termination distributions; email correspondence with J Lunacek | 0.50 |

Mary Jo Jensen-Carter

Mary Jo Jensen-Carter                                                                                          Page    3

|              |     |                                                                                                                                                 | Hours |
|--------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 8/28/2009    | ARB | Telephone conference with Securian regarding Higgins distribution; process distribution requests                                                | 0.35  |
|              | HAF | Tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles           | 0.50  |
| 8/31/2009    | HAF | Telephone conversation with Heideman; tracked and reviewed requests for plan termination distributions; fax to B Tetzlaff regarding signed requests; briefed with T Battles | 0.75  |
|              | ARB | Telephone conference with Securian regarding Schnellman and process distribution request                                                        | 0.35  |

|                                    | Hours | Amount     |
|------------------------------------|-------|------------|
| For professional services rendered | 20.65 | $4,471.75  |

### User Summary

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Anthony R. Battles | 7.15  | 295.00 | $2,109.25  |
| Holly A. Fistler   | 13.50 | 175.00 | $2,362.50  |

KELLY, HANNAFORD & BATTLES P.A.
900 Baker Building
706 Second Avenue South
Minneapolis, MN 55402


Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake MN 55110


October 06, 2009

In Reference To: Ciprico bankruptcy
Invoice #22222


Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 9/1/2009 | HAF | Briefed with T Battles regarding request deadline and next steps for plan termination distributions; email correspondence with M Schoberg regarding question on status of distribution; tracked received requests and verified KHB list against Securian list | 0.50 |
| 9/3/2009 | HAF | Tracked received requests; briefed with T Battles; email correspondence with M Schoberg | 0.25 |
|  | ARB | Process distribution request; respond to participant inquiry | 0.25 |
| 9/4/2009 | HAF | Telephone call and email correspondence with M Schoberg regarding rollover request | 0.25 |
|  | ARB | Process distribution request; respond to participant inquiries | 0.25 |
| 9/10/2009 | HAF | Briefed with T Battles and T Rice regarding possible IRA vendors for lost participant accounts; tracked received requests; fax to B Tetzlaff | 0.50 |
|  | ARB | Work on distribution issues; conference with Fistler and Rice regarding IRS IRA rollover vendors for missing participants; draft new letter for non-electing participants; review Plan document regarding automatic cash-out provisions and default rollovers | 1.00 |
| 9/11/2009 | HAF | Prepared follow-up mailings to participants regarding termination distribution request forms | 0.75 |

Mary Jo Jensen-Carter

| Date | User | Description | Hours |
|---|---|---|---|
| 9/14/2009 | HAF | Sent out follow-up mailings to participants re: termination distribution request forms | 0.25 |
| 9/23/2009 | HAF | Revised letter and envelopes regarding final reminder to participants before default distribution; briefed with T Battles | 0.75 |
|  | ARB | Work on 401(k) distribution issues | 0.25 |
| 9/24/2009 | HAF | Sent out follow-up mailings to participants re: termination distribution request forms; Briefed with T Battles; called participants regarding reminders on termination distribution requests; briefed with T Rice regarding IRA vendors for lost participants; received and tracked distribution requests; fax to B Teztlaff | 1.75 |
|  | ARB | Process distribution requests; work on location of missing participants | 0.40 |
| 9/25/2009 | HAF | Call with T McGee regarding termination distribution request; fax to B Tetzlaff; call with B Teztlaff regarding required signed distribution request | 0.50 |
|  | ARB | Work on 401(k) distribution issues with Holly Fistler | 0.35 |
| 9/28/2009 | HAF | Tracked received requests for distribution; briefed with T Battles; fax to B Tetzlaff; telephone call with M Skertich regarding rollover request and how-to instructions | 0.50 |
| 9/29/2009 | ARB | Process distribution requests | 0.15 |
| 9/30/2009 | HAF | Telephone call with M Skertich regarding questions on termination distribution request form and submission; tracked received distribution payments; briefed with T Battles | 0.50 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 9.15 | $1,919.25 |
| Previous balance |  | $10,584.50 |
| Balance due |  | $12,503.75 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony R. Battles | 2.65 | 295.00 | $781.75 |
| Holly A. Fistler | 6.50 | 175.00 | $1,137.50 |

KELLY, HANNAFORD & BATTLES P.A.

900 Baker Building
706 Second Avenue South
Minneapolis, MN 55402

Mary Jo Jensen-Carter
Buckley & Jensen
1257 Gun Club Road
White Bear Lake MN 55110

February 04, 2010

In Reference To: Ciprico bankruptcy
Invoice #22475

Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 10/2/2009 | HAF | Tracked received distribution payments; briefed with T Battles; fax to B Teztlaff | 0.25 |
|  | ARB | Process distribution request; conference with Holly Fistler regarding outstanding distribution issues | 0.50 |
| 10/6/2009 | HAF | Tracked received distribution payments; briefed with T Battles regarding status of remaining participants; call to M Skertich regarding Distribution Request Form; call to T Calef regarding questions on direct rollover to eligible retirement plan; call to B Tetzlaff regarding questions for direct rollover form for T Calef | 1.00 |
|  | ARB | Work on distribution issues; conference with Holly Fistler regarding same | 0.40 |
| 10/7/2009 | HAF | Tracked received distribution payments; briefed with T Battles; fax to B Teztlaff | 0.25 |
|  | ARB | Process distribution requests | 0.25 |
| 10/8/2009 | ARB | Process distribution requests | 0.25 |
| 10/12/2009 | HAF | Tracked received distribution payments; summary for T Battles regarding status of participants still in plan; briefed with T Battles, call to B Tetzlaff regarding remaining six participants in plan | 0.50 |
| 10/13/2009 | HAF | Call to B Teztlaff regarding four remaining letters; briefed with T Battles; prepared and sent letters for four remaining participants | 1.00 |
|  | ARB | Review legally required 2009 Pension Protection Act and HEART Act amendments; work on final Form 5500-Annual Report filing issues; work on distributions and close-out of final accounts; telephone conference with Securian | 2.40 |

|  |  |  | Hours |
|---|---|---|---|
|  |  | regarding same; work on establishment of default IRAs; edit final distribution demand letter to participants |  |
| 10/21/2009 | HAF | Telephone calls with D Llamas regarding request for termination distribution form; briefed with T Battles; received and tracked request for termination distribution; fax to B Tetzlaff; briefed with T Rice and T Battles regarding financial institution for default rollovers; call to D Genz at Security Bank & Trust regarding default rollovers | 1.50 |
|  | ARB | Work on termination and distribution issues; work on default rollover options; process distribution requests | 1.40 |
| 10/26/2009 | HAF | Call to D Genz regarding default rollovers to IRA accounts for missing participants; briefed with T Rice and T Battles; additional attempted contact with J Brown regarding request for termination distribution; email regarding IRA paperwork from Security Bank & Trust | 1.25 |
|  | ARB | Conference with Holly Fistler; work on missing participant issues; analyze legal issues regarding default rollover distribution | 0.75 |
| 10/27/2009 | HAF | Briefed with T Rice and T Battles regarding IRA rollover; reviewed DOL Field Assistance Bulletin 2004-02 regarding missing participants from terminating DC plans; call to D Genz regarding IRA agreements; calls to S Werner regarding setting up rollover IRAs; calls to B Tetzlaff regarding default direct rollover distributions; completed required agreements and applications; fax to B Tetzlaff regarding default direct rollover distributions; briefed with T Battles | 5.50 |
|  | ARB | Work on default rollovers for remaining 401(k) participant and process same | 1.85 |
| 10/28/2009 | HAF | Call to B Teztlaff regarding confirmation of establishment of IRAs; call with J Brown regarding request for termination distribution; call to B Teztlaff regarding confirmation of distribution request; briefed with T Battles | 1.00 |
| 10/29/2009 | HAF | Telephone conversation with J Brown regarding IRA establishment | 0.25 |
| 11/2/2009 | HAF | Call to J Brown regarding IRA rollover; call to S Malhotra regarding rollover to Sun Trust Bank and request for Trustee-to-trustee transfer | 0.25 |
| 11/4/2009 | HAF | Call to J Brown regarding status of IRA establishment; call to B Tetzlaff regarding last participant; call to S Werner at Security Bank & Trust | 0.50 |
| 11/9/2009 | HAF | Call to J Brown regarding direct rollover; calls with B Teztlaff regarding rollovers to Security Bank; call to S Werner regarding status of rollovers | 0.25 |
|  | ARB | Conference with Holly Fistler; work on final 401(k) distribution and IRS Form 5500-Annual Report issues | 0.75 |

Mary Jo Jensen-Carter

|            |     |                                                                                                              | Hours |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|
| 11/10/2009 | HAF | Call to J Brown regarding direct rollover; call to B Teztlaff; letter to S Labella to forward final 401(k) statement | 0.25  |
|            | ARB | Work on final 401(k) distribution issues; conferences with Holly Fistler regarding same | 0.35  |
| 11/12/2009 | ARB | Review final distribution report for CIPRICO 401(k) Plan and work on final Form 5500 issues | 0.65  |
| 1/20/2010  | ARB | Work on Ciprico fee application                                                          | 0.50  |
| 2/4/2010   | ARB | Work on Ciprico Fee Application                                                          | 1.00  |

|                                 | Hours | Amount      |
|---------------------------------|-------|-------------|
| For professional services rendered | 24.80 | $5,322.25   |
| Previous balance                |       | $12,503.75  |
| Balance due                     |       | $17,826.00  |

### User Summary

| Name              | Hours | Rate   | Amount     |
|-------------------|-------|--------|------------|
| Anthony R. Battles | 11.05 | 295.00 | $3,259.75 |
| Holly A. Fistler   | 13.75 | 150.00 | $2,062.50 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

In Re:                                                Chapter 7
                                                    Case No. 08-43731

Ciprico, Inc.

                                                    **ORDER ALLOWING FINAL**
                                                    **COMPENSATION OF ATTORNEY**
                                                    **FOR TRUSTEE**

          Debtor.

At Minneapolis, Minnesota.

The above entitled matter came duly on for hearing on March 3, 2010, before the undersigned Judge of Bankruptcy Court upon the application of Anthony R. Battles and his firm Kelly, Hannaford & Battles for compensation as attorney for the Chapter 7 Trustee. Appearances on behalf of the motion are as noted in the record. Upon all the files, records and proceedings herein and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the motion of Anthony R. Battles for final fees as attorney for the Trustee is allowed in the total amount of $17,219.75.

Dated this _____ day of _____, 2010.

                                                         _____
                                                         Nancy C. Dreher
                                                         Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

In Re:  Chapter 7
Case No. 08-43731

Ciprico, Inc.  **UNSWORN CERTIFICATE OF SERVICE**

    Debtor.

---

    I, Jessica Segal, employed by Anthony R. Battles, attorney licensed to practice law in this Court, with office address of Kelly, Hannaford & Battles P.A., 900 Baker Building, 706 Second Avenue South, Minneapolis, Minnesota 55402, declare that on February 9, 2010, I mailed copies of the NOTICE OF MOTION AND MOTION FOR FINAL COMPENSATION OF ATTORNEY FOR TRUSTEE AND PROPOSED ORDER to each entity named below at the address stated below for each entity by first class mail postage prepaid:

---

| | |
|---|---|
| United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Elizabeth Weller<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 |
| Katherine A. Constantine, Esq.<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 | Robert L. Eisenbach III, Esq.<br>Cooley Godward Kronish, LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |
| Peter C. Brehm, Esq.<br>Peter C. Brehm & Associates, P.S.C.<br>7825 Washington Avenue, Suite 500<br>Minneapolis, MN 55439 | Linda Boyle<br>Time Warner Telecom, Inc.<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 |
| John R. Stoebner<br>Lapp, Libra, Thomson, Stoebner & Pusch<br>120 South 6th Street, Suite 2500<br>Minneapolis, MN 55402 | John R. McDonald<br>Briggs & Morgan, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Mary Jo A. Jensen-Carter, Trustee<br>1257 Gun Club Road<br>White Bear Lake, MN 55110 | |

---

And, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: February 9, 2010 /e/ Jessica Segal
Jessica Segal